where the separation action, the judgment obtained thereon, and all the post-judgment applications were in the Nassau County Supreme Court. Therefore, I dissent, and would affirm the determination of the Appellate Term. [18 Misc 2d 786.]

■ MORRIS WOLF et al., Individually and Doing Business as WOLF & BURRELL, Appellants, v. JOHN C. DOYLE et al., Respondents.— Order denying a motion for an examination before trial unanimously reversed on the facts and the law and in the exercise of discretion, and the motion is granted, with costs to the appellants. The action is for professional services rendered in a matrimonial matter, in which the plaintiffs represented Mrs. Doyle and the witness represented Mr. Doyle. The complaint alleges that the husband agreed to pay the plaintiffs' fees. From the papers it appears that the plaintiffs never personally met with the husband but conducted all negotiations for the payment of their fees with the attorney sought to be examined. Upon these facts there is a sufficient showing of special circumstances to permit examination of an attorney employed by an adverse party (*Matter of Gottfried* v. *Gottfried Baking Co.*, 4 A D 2d 1031). If any privilege is claimed, it may be asserted on the examination. (*Blum Paper Box Co.* v. *Kalner*, 277 App. Div. 760.) Settle order fixing date for examination to proceed. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JEROME J. COIN, Respondent, v. ABRAHAM LEBENKOFF, Appellant.— Order denying motion of defendant-appellant to preclude unanimously reversed, on the law and in the exercise of discretion, with $20 costs and disbursements to the defendant-appellant, and the motion granted, with $10 costs, unless plaintiff-respondent supplies a sufficient bill of particulars in compliance with the demand within 20 days of the entry of the order herein and service thereof. In the absence of a timely motion to vacate or modify a demand for a bill of particulars, the items will not be scrutinized and an order of preclusion will be granted unless the demand is palpably improper (Rules Civ. Prac., rule 115; *Tomasino* v. *Prudential Westchester Corp.*, 1 A D 2d 781; cf. *Universal Metal Prods. Co.* v. *De-Mornay Budd*, 275 App. Div. 575, in which it was observed that the court might exercise its discretion to deny the motion to preclude, and did so on finding the demand "elaborate and oppressive". Tripp, A Guide to Motion Practice [rev. ed.], § 48). Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO VALENTIN Alias ANTONIO VALENTINO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MILLER, Appellant.— Judgment affirmed. Concur — Rabin, M. M. Frank and Stevens, JJ.; Breitel, J. P. and McNally, J., dissent and vote to reverse and dismiss the information on the ground that the People have failed to establish the guilt of the defendant beyond a reasonable doubt.

■ AGNES CASTELLUCCIO, Individually and as Administratrix of the Estate of CARMELO CASTELLUCCIO, Deceased, Appellant, v. TRANSPORTATION VEHICLES, INC., Respondent, et al., Defendants. — Appeal from order of April 14, 1958 dismissed, as moot, the said order having been reviewed on the appeal from judgment of May 8, 1958, decided simultaneously herewith. (See *Castelluccio* v. *Transportation Vehicles*, 10 A D 2d 916.) Concur — Breitel, J. P., Rabin. M. M. Frank, McNally and Stevens, JJ.

■ AGNES CASTELLUCCIO, Individually and as Administratrix of the Estate of CARMELO CASTELLUCCIO, Deceased, Appellant, v. TRANSPORTATION VEHICLES,

INC., Respondent, et al., Defendants.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ FIFTH AVENUE JEWELERS EXCHANGE, INC., Appellant, v. REUBEN POMERANTZ JEWELRY CO., INC., Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH GAYNOR, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ANTHONY SAELI et al., Appellants, v. FULLER-TURNER-WALSH-SLATTERY, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of CHARLES J. FITZPATRICK, JR., et al., Petitioners, against ROBERT A. GLASSER et al., Constituting the Harness Racing Commission of the State of New York, Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FREY, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ TRITON INDUSTRIES LIMITED, Respondent, v. 72ND ST. AMUSEMENT CORP. et al., Appellants.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ANGELET, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of HAROLD E. CUNY, Petitioner, against VINCENT A. G. O'CONNOR, as Commissioner of the Department of Marine and Aviation of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD M. TODD, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SAMUEL S. BERGER et al., Respondents, v. JOSEPH MOOK et al., Appellants.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CLARA GLICKMAN et al., v. YONKERS RACEWAY, INC., et al. YONKERS RACEWAY, INC. v. PINKERTON'S NATIONAL DETECTIVE AGENCY, INC.— Motion by defendant-respondent Dunwoodie Parking Service, Inc. to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CLARA GLICKMAN et al., v. YONKERS RACEWAY, INC., et al. YONKERS RACEWAY, INC. v. PINKERTON'S NATIONAL DETECTIVE AGENCY, INC.— Motion by Yonkers Raceway, Inc., as defendant-respondent and third-party plaintiff-